DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**FILED**

MAY 06 2011


UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JULIUS M. JOHNSON | Chapter 13<br>Case No. 05-3-2008 SFC13<br><br>NOTICE OF UNCLAIMED<br>CHAPTER 13 DEBTOR REFUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $5.00 as follows:

Name and Address of Claimant

JULIUS M. JOHNSON
2085 HAYES STREET # 1
SAN FRANCISCO, CA 94117

Unclaimed Refund

$5.00

Dated:   May 5, 2011

_____
CECILIA MARCELO
Receipts Administrator